# Court of Appeals
# of the State of Georgia

ATLANTA,  May 01, 2023

*The Court of Appeals hereby passes the following order:*

## A23D0304. KILA MCDONALD v. DENNY REYES.

Kila McDonald, the biological mother of W. B. M. and B. Q. M., filed this timely application for discretionary review of the superior court's order terminating her parental rights and granting the adoption petition filed by Denny Reyes and Charlisa Reyes.[1] McDonald challenges the adoption in her application.

While OCGA § 5-6-35 (a) (12) provides that appeals from orders terminating parental rights require an application for discretionary review, orders that both terminate parental rights and grant adoptions may be appealed directly, as long as the appellant raises arguments on appeal challenging the adoption. See *Sauls v. Atchison*, 326 Ga. App. 301, 303-304 (1) (756 SE2d 577) (2014); see also *Hafer v. Lowry*, 320 Ga. App. 76 (739 SE2d 84) (2013) (direct appeal of order terminating father's rights and granting stepparent adoption of child).

Under OCGA § 5-6-35 (j), this Court will grant an otherwise timely discretionary application if the trial court's order is subject to direct appeal. Because the superior court's order here is subject to direct appeal, McDonald's application is hereby GRANTED. She shall have 10 days from the date of this order to file a notice of appeal with the superior court. If she has already filed a notice of appeal from the superior court's order, she need not file a second notice. The superior court clerk is

---

[1] This Court previously reversed the superior court's order adjudicating Denny Reyes to be an equitable caregiver of the children and awarding him custody. *McDonald v. Reyes*, 365 Ga. App. 317 (878 SE2d 79) (2022).

instructed to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
         *Clerk's Office, Atlanta,*  05/01/2023

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*